UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31710 |
|---|---|
| KIPP S. MARTINES | (Chapter 13) |
| MICHELE R. MARTINES | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105273**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 29 | DAYTON HEAD & NECK SURGEONS<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD STE 109<br>MORAINE, OH  45439 | 10.32 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/18/2011

Certificate of Service                08-31710

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KIPP S. MARTINES
MICHELE R. MARTINES
2648 MARIGOLD DRIVE
DAYTON, OH  45449

TOM O MERRITT
219 S GARBER DR
TIPP CITY, OH  45371

(29.1)
DAYTON HEAD & NECK SURGEONS
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD STE 109
MORAINE, OH  45439

(77.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(71.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(79.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(76.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH  45402

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                sv